JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIARA BRIDGES, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>SKYWEST AIRLINES, INC., a corporation,<br><br>        Defendant. | Case No. 2:24-cv-2513-SVW-BFM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Complaint Served: March 29, 2024** |

    Before the Court is the Stipulated Motion to Dismiss With Prejudice, wherein the Parties have indicated to the Court that they have resolved their disputes and agreed to the entry of this Order as indicated by the signatures of their respective counsel.

    IT IS HEREBY ORDERED:

    1.    All claims asserted in this action are hereby dismissed with prejudice.

    2.    Each of the parties hereto shall bear its own attorneys' fees and costs incurred in connection with this suit.

    SO ORDERED this 5th day of September, 2024.

*[signature]*
STEPHEN V. WILSON, U.S. District Judge